UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
    ALLAN P PARA  
    ROBIN L PARA  
        Debtor(s)

Case No. 09-75473-PJS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Krispen S. Carroll, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/18/2009.

2) The plan was confirmed on 03/20/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 06/06/2012.

6) Number of months from filing to last payment: 30.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $20,006.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $82,237.27 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$82,237.27**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,485.14 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,649.40 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$8,134.54**

Attorney fees paid and disclosed by debtor: $2,000.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACADEMIC CARDIOLOGY ASSOC | Unsecured | 379.28 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOAN SERVICING, LP | Secured | NA | 0.00 | 0.00 | 53,897.29 | 0.00 |
| BAC HOME LOAN SERVICING, LP | Secured | 7,500.00 | 7,476.64 | 7,476.64 | 7,476.64 | 0.00 |
| BAC HOME LOANS SERVICING | Unsecured | 47,754.00 | 46,209.01 | 46,209.01 | 6,491.50 | 0.00 |
| BEAUMONT HOSPITAL | Unsecured | 699.00 | NA | NA | 0.00 | 0.00 |
| BEAUMONT HOSPITAL | Unsecured | 846.00 | NA | NA | 0.00 | 0.00 |
| BEAUMONT HOSPITAL | Unsecured | 147.70 | NA | NA | 0.00 | 0.00 |
| BEAUMONT HOSPITAL | Unsecured | 1,798.00 | NA | NA | 0.00 | 0.00 |
| BEAUMONT HOSPITAL | Unsecured | 1,543.44 | NA | NA | 0.00 | 0.00 |
| BMW BANK OF NORTH AMERICA | Unsecured | 16,058.00 | NA | NA | 0.00 | 0.00 |
| BMW FINANCIAL | Secured | 7,397.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 8,692.00 | 11,953.73 | 11,953.73 | 1,679.27 | 0.00 |
| CHASE BANK USA | Unsecured | 10,209.00 | 10,731.20 | 10,731.20 | 1,507.54 | 0.00 |
| CRITTENDON HOSPITAL | Unsecured | 889.00 | NA | NA | 0.00 | 0.00 |
| CRITTENDON HOSPITAL | Unsecured | 50.42 | NA | NA | 0.00 | 0.00 |
| CRITTENDON HOSPITAL | Unsecured | 39.42 | NA | NA | 0.00 | 0.00 |
| CRITTENDON HOSPITAL | Unsecured | 39.85 | NA | NA | 0.00 | 0.00 |
| EASTPOINTE RADIOLOGY | Unsecured | 9.07 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 3,043.61 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Secured | 7,140.00 | 7,139.16 | 7,139.16 | 0.00 | 0.00 |
| GE CONSUMER FINANCE | Unsecured | NA | 7,017.63 | 7,017.63 | 985.85 | 0.00 |
| GEMB | Unsecured | 5,993.00 | NA | NA | 0.00 | 0.00 |
| HENRY FORD MACOMB HOSPITAL | Unsecured | 29.76 | NA | NA | 0.00 | 0.00 |
| HENRY FORD MACOMB HOSPITALS | Unsecured | 24.65 | NA | NA | 0.00 | 0.00 |
| HENRY FORD MACOMB HOSPITALS | Unsecured | 150.51 | NA | NA | 0.00 | 0.00 |
| HENRY FORD MACOMB HOSPITALS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| HRSI/ ART VAN | Unsecured | 2,661.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 4,314.96 | 4,314.96 | 4,314.96 | 606.16 | 0.00 |
| LMT REHAB | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| LMT REHAB | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| M&M CREDIT | Unsecured | 590.00 | 991.15 | 991.15 | 130.09 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| MACOMB ANESTHESIA PC | Unsecured | 835.00 | NA | NA | 0.00 | 0.00 |
| MICHIGAN HOSPITAL PHYSICIANS | Unsecured | 109.34 | NA | NA | 0.00 | 0.00 |
| MIDWESTERN AUDIT SERVICES | Unsecured | 38.00 | 37.80 | 37.80 | 0.00 | 0.00 |
| MONEY RECOVERY | Unsecured | 836.00 | 879.99 | 879.99 | 123.63 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,938.40 | 3,043.61 | 3,043.61 | 427.57 | 0.00 |
| ROCHESTER PATHOLOGY PC | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| ROCHESTER RADIOLOGY | Unsecured | 13.87 | NA | NA | 0.00 | 0.00 |
| ROCHESTER RADIOLOGY | Unsecured | 13.62 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 5,896.81 | 5,532.34 | 5,532.34 | 777.19 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $53,897.29 | $0.00 |
| Mortgage Arrearage | $7,476.64 | $7,476.64 | $0.00 |
| Debt Secured by Vehicle | $7,139.16 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$14,615.80** | **$61,373.93** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$90,711.42** | **$12,728.80** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $8,134.54 |
| Disbursements to Creditors | $74,102.73 |
| **TOTAL DISBURSEMENTS:** | **$82,237.27** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/29/2012 By: /s/ Krispen S. Carroll
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**