UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:                              §
                                    §
PARA, ALLAN P.                      §   Case No. 09-75473
PARA, ROBIN L.                      §
                                    §
                                    §
                    Debtor(s)       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 11/18/2009. The case was converted to one under Chapter 7 on 06/07/2012. The undersigned trustee was appointed on 06/07/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $   23,009.07

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 109.91 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]             $ | 22,899.16 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/03/2012 and the deadline for filing governmental claims was 10/03/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,050.91 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,050.91 , for a total compensation of $ 3,050.91 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 75.00 , for total expenses of $ 75.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/27/2013            By:/s/BASIL T. SIMON, TRUSTEE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |  | |
|---|---|---|---|
| Case No: | 09-75473  PJS  Judge: PHILLIP J. SHEFFERLY | Trustee Name: | BASIL T. SIMON, TRUSTEE |
| Case Name: | PARA, ALLAN P. | Date Filed (f) or Converted (c): | 06/07/12 (c) |
| | PARA, ROBIN L. | 341(a) Meeting Date: | 06/28/12 |
| For Period Ending: 06/27/13 | | Claims Bar Date: | 10/03/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 58098 BROOKFIELD WAY, WASHINGTON, MI | 200,000.00 | 3,000.00 | | 3,000.00 | FA |
| 2. 30031 WOODHOUSE DR., WARREN, MI (30% OF $50,000) | 16,665.00 | 10,000.00 | | 20,009.07 | FA |
| 3. BANK OF AMERICA CHECKING ACCOUNT | 100.00 | 0.00 | | 0.00 | FA |
| 4. MISCELLANEOUS HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. MISCELLANEOUS CLOTHING | 250.00 | 0.00 | | 0.00 | FA |
| 6. MISCELLANEOUS JEWELRY | 300.00 | 0.00 | | 0.00 | FA |
| 7. TERM LIFE INSURANCE POLICY ($500,000 FACE VALUE/$0 | 0.00 | 0.00 | | 0.00 | FA |
| 8. TERM LIFE INSURANCE POLICY ($200,000 FACE VALUE/$0 | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401(K) | 5,212.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)      $225,527.00      $13,000.00      $23,009.07

Value of Remaining Assets      $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/13      Current Projected Date of Final Report (TFR): 06/30/13

/s/   BASIL T. SIMON, TRUSTEE
_____ Date: 06/27/13
BASIL T. SIMON, TRUSTEE
SIMON, STELLA & ZINGAS, P.C.
422 W. CONGRESS
SUITE 400
DETROIT, MI  48226-3137
Phone: (313) 962-6400
Email: bsimon@sszpc.com
Bar Number: P26340

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-75473 -PJS | | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PARA, ALLAN P. | | Bank Name: | BANK OF KANSAS CITY |
| | PARA, ROBIN L. | | Account Number / CD #: | *******0148 Checking |
| Taxpayer ID No: | *******5805 | | | |
| For Period Ending: | 06/27/13 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| Ct 01/18/13 | | Trsf In From CAPITAL ONE | INITIAL WIRE TRANSFER IN | 9999-000 | 23,009.07 | | 23,009.07 |
| C 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 11.88 | 22,997.19 |
| C 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 30.88 | 22,966.31 |
| C 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 34.15 | 22,932.16 |
| C 04/30/13 | | Bank of Kansas City | BANK SERVICE | 2600-000 | | 33.00 | 22,899.16 |

* Reversed
t Funds Transfer
C Bank Cleared

| Account *******0148 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 0 Deposits | 0.00 | | 0 Checks | 0.00 |
| | 0 Interest Postings | 0.00 | | 4 Adjustments Out | 109.91 |
| | Subtotal | $ 0.00 | | 0 Transfers Out | 0.00 |
| | 0 Adjustments In | 0.00 | | Total | $ 109.91 |
| | 1 Transfers In | 23,009.07 | | | |
| | Total | $ 23,009.07 | | | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit B**

| Case No: | 09-75473 -PJS | | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PARA, ALLAN P. | | Bank Name: | CAPITAL ONE |
| | PARA, ROBIN L. | | Account Number / CD #: | *******8865 Checking |
| Taxpayer ID No: | *******5805 | | | |
| For Period Ending: | 06/27/13 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 07/05/12 | 2 | ROBIN & ALLAN PARA | NET PROCEEDS FROM SALE P/O 06/15/12 | 1110-000 | 20,009.07 | | 20,009.07 |
| C 10/09/12 | 1 | REBECCA RAY | PROCEEDS FROM SALE P/O 09/11/12 | 1110-000 | 3,000.00 | | 23,009.07 |
| C t 01/18/13 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 23,009.07 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******8865 | Balance Forward | 0.00 | | 0 Checks | 0.00 |
|---|---|---|---|---|---|
| | 2 Deposits | 23,009.07 | | 0 Adjustments Out | 0.00 |
| | 0 Interest Postings | 0.00 | | 1 Transfers Out | 23,009.07 |
| | Subtotal | $ 23,009.07 | | Total | $ 23,009.07 |
| | 0 Adjustments In | 0.00 | | | |
| | 0 Transfers In | 0.00 | | | |
| | Total | $ 23,009.07 | | | |

Report Totals

| | Balance Forward | 0.00 | | 0 Checks | 0.00 |
|---|---|---|---|---|---|
| | 2 Deposits | 23,009.07 | | 4 Adjustments Out | 109.91 |
| | 0 Interest Postings | 0.00 | | 1 Transfers Out | 23,009.07 |
| | Subtotal | $ 23,009.07 | | Total | $ 23,118.98 |
| | 0 Adjustments In | 0.00 | | | |
| | 1 Transfers In | 23,009.07 | | | |
| | Total | $ 46,018.14 | | Net Total Balance | $ 22,899.16 |

Case Number: 09-75473      Claim Number Sequence
Debtor Name: PARA, ALLAN P.      Joint Debtor: PARA, ROBIN L.
Claims Bar Date: 10/03/12

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | SIMON, STELLA & ZINGAS PC<br>422 W. CONGRESS<br>SUITE 400<br>DETROIT, MI 48226 | Administrative | ATTORNEY FOR TRUSTEE FEE | $0.00 | $1,960.00 | $1,960.00 |
| 001<br>3120-00 | SIMON, STELLA & ZINGAS PC<br>422 W. CONGRESS<br>SUITE 400<br>DETROIT, MI 48226 | Administrative | ATTORNEY FOR TRUSTEE EXP. | $0.00 | $51.80 | $51.80 |
| 000001<br>070<br>7100-00 | HENRY FORD MACOMB C/O<br>MMCC XXX4205<br>6324 TAYLOR DR.<br>FLINT, MI 48507 | Unsecured | Filed 12/04/09 | $0.00 | $991.15 | $991.15 |
| 000002<br>050<br>4110-00 | FORD MOTOR CREDIT COMPANY LLC<br>DEPT 55953<br>P O BOX 55000<br>DETROIT MI 48255-0953 | Secured | Filed 12/08/09<br>ALLOWED AS $0.00.<br>SAID CLAIM RELATES TO PROPERTY NOT ADMINISTERED BY THE TRUSTEE, IN RE: PADGET. | $0.00 | $7,139.16 | $0.00 |
| 000003<br>070<br>7100-00 | MONEY RECOVERY NATIONWIDE<br>801 S. WAVERLY ROAD<br>SUITE 100<br>LANSING, MI 48917 | Unsecured | Filed 12/17/09<br>DISALLOWED P/O 05/13/13 | $0.00 | $879.00 | $0.00 |
| 000004<br>070<br>7100-00 | CHASE BANK USA NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | Filed 12/28/09 | $10,209.00 | $10,731.20 | $10,731.20 |
| 000005<br>070<br>7100-00 | U.S. DEPARTMENT OF EDUCATION<br>DIRECT LOAN SERVICING CENTER<br>P.O. BOX 5609<br>GREENVILLE, TX 75403-5609 | Unsecured | Filed 01/07/10 | $5,896.81 | $5,532.34 | $5,532.34 |
| 000006<br>050<br>4110-00 | BAC HOME LOANS SERVICING, L.P. FKA<br>COUNTRYWIDE HOME LOANS SERVICING, L.P.<br>BANKRUPTCY DEPARTMENT<br>7105 CORPORATE DRIVE<br>MAIL STOP PTX-C-35<br>PLANO, TX 75024 | Secured | Filed 01/11/10<br>ALLOWED AS $0.00.<br>SAID CLAIM RELATES TO PROPERTY NOT ADMINISTERED BY THE TRUSTEE, IN RE: PADGET. | $0.00 | $46,209.01 | $0.00 |
| 000007<br>070<br>7100-00 | PORTFOLIO RECOVERY ASSOCIATES, LLC.<br>P.O. BOX 41067<br>NORFOLK, VA 23541 | Unsecured | Filed 01/13/10<br>DISALLOWED P/O 05/13/13 | $0.00 | $3,043.61 | $0.00 |
| 000008<br>050<br>4110-00 | BAC HOME LOANS SERVICING, L.P. FKA<br>COUNTRYWIDE HOME LOANS SERVICING, L.P. | Secured | Filed 01/13/10<br>ALLOWED AS $0.00.<br>SAID CLAIM RELATES TO PROPERTY NOT ADMINISTERED BY THE TRUSTEE, IN RE: PADGET. | $0.00 | $240,074.30 | $0.00 |

EXHIBIT C
SUMMARY OF ALL CLAIMS

Date: June 27, 2013

Case Number: 09-75473
Debtor Name: PARA, ALLAN P.
Claims Bar Date: 10/03/12

Claim Number Sequence

Joint Debtor: PARA, ROBIN L.

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | BANKRUPTCY DEPARTMENT<br>7105 CORPORATE DRIVE<br>MAIL STOP PTX-C-35<br>PLANO, TX 75024 | | | | | |
| 000009<br>070<br>7100-00 | CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP<br>AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | Filed 01/22/10<br>DISALLOWED P/O 05/13/13 | $0.00 | $11,953.73 | $0.00 |
| 000010<br>070<br>7100-00 | MIDWESTERN AUDIT SERVICES<br>P.O. BOX 725129<br>BERKLEY, MI 48072 | Unsecured | Filed 03/08/10<br>DISALLOWED P/O 05/13/13 | $0.00 | $37.80 | $0.00 |
| 000011<br>070<br>7100-00 | HSBC BANK NEVADA, N.A.<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL RD, SUITE 200<br>TUCSON, AZ 85712 | Unsecured | Filed 03/10/10 | $0.00 | $4,314.96 | $4,314.96 |
| 000012<br>070<br>7100-00 | PORTFOLIO RECOVERY<br>ASSOCIATES, LLC<br>POB 41067<br>NORFOLK, VA 23541 | Unsecured | Filed 04/07/10<br>DISALLOWED P/O 05/13/13 | $0.00 | $7,017.63 | $0.00 |
| 000013<br>070<br>7100-00 | BMW BANK OF NORTH AMERICA<br>PO BOX 23356<br>PITTSBURGH, PA 15222 | Unsecured | Filed 08/08/12<br>DISALLOWED P/O 05/13/13 | $0.00 | $14,800.77 | $0.00 |
| | Case Totals: | | | $16,105.81 | $354,736.46 | $23,581.45 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-75473
Case Name: PARA, ALLAN P.
           PARA, ROBIN L.
Trustee Name: BASIL T. SIMON, TRUSTEE

| | Balance on hand | | | | $ | 22,899.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | FORD MOTOR CREDIT COMPANY LLC | $ 7,139.16 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | BAC HOME LOANS SERVICING, L.P. FKA | $ 46,209.01 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008 | BAC HOME LOANS SERVICING, L.P. FKA | $ 240,074.30 | $ 0.00 | $ 0.00 | $ 0.00 |

| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 22,899.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BASIL T. SIMON, TRUSTEE | $ 3,050.91 | $ 0.00 | $ 3,050.91 |
| Trustee Expenses: BASIL T. SIMON, TRUSTEE | $ 75.00 | $ 0.00 | $ 75.00 |
| Attorney for Trustee Fees: SIMON, STELLA & ZINGAS PC | $ 1,960.00 | $ 0.00 | $ 1,960.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: SIMON, STELLA & ZINGAS PC | $ 51.80 | $ 0.00 | $ 51.80 |

  Total to be paid for chapter 7 administrative expenses  $  5,137.71

  Remaining Balance  $  17,761.45

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

 Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

 Timely claims of general (unsecured) creditors totaling $ 21,569.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 82.3 percent, plus interest (if applicable).

 Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | HENRY FORD MACOMB C/O MMCC XXX4205 | $ 991.15 | $ 0.00 | $ 816.16 |
| 000004 | CHASE BANK USA NA | $ 10,731.20 | $ 0.00 | $ 8,836.57 |
| 000005 | U.S. DEPARTMENT OF EDUCATION | $ 5,532.34 | $ 0.00 | $ 4,555.59 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | HSBC BANK NEVADA, N.A. | $ 4,314.96 | $ 0.00 | $ 3,553.13 |
| | Total to be paid to timely general unsecured creditors | | | $ 17,761.45 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE