# UNITED STATES BANKRUPTCY COURT
### EASTERN **DISTRICT OF** MICHIGAN

|                |   |                    |
|----------------|---|--------------------|
| In re:         | § |                    |
|                | § |                    |
| PARA, ALLAN P. | § | Case No. 09-75473  |
| PARA, ROBIN L. | § |                    |
|                | § |                    |
| Debtor(s)      | § |                    |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under chapter 13 of the United States Bankruptcy Code was filed on 11/18/2009 . The case was converted to one under Chapter 7 on 06/07/2012 . The undersigned trustee was appointed on 06/07/2012 .

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4.  The trustee realized gross receipts of      $      23,009.07

Funds were disbursed in the following amounts:

|                                              |          |
|----------------------------------------------|----------|
| Payments made under an interim disbursement  | 0.00     |
| Administrative expenses                      | 0.00     |
| Bank service fees                            | 109.91   |
| Other payments to creditors                  | 0.00     |
| Non-estate funds paid to 3rd Parties       | 0.00     |
| Exemptions paid to the debtor                | 0.00     |
| Other payments to the debtor                 | 0.00     |
| Leaving a balance on hand of[1]    $ | 22,899.16 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  10/03/2012  and the deadline for filing governmental claims was  10/03/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,881.78 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,881.78 , for a total compensation of $ 2,881.78 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 75.00 , for total expenses of $ 75.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/10/2013                    By:/s/BASIL T. SIMON, TRUSTEE
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No: 09-75473    PJS    Judge: PHILLIP J. SHEFFERLY

Case Name:   PARA, ALLAN P.

            PARA, ROBIN L.

For Period Ending: 09/10/13

Trustee Name:   BASIL T. SIMON, TRUSTEE

Date Filed (f) or Converted (c):   06/07/12 (c)

341(a) Meeting Date:   06/28/12

Claims Bar Date:   10/03/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | Property<br>Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 58098 BROOKFIELD WAY, WASHINGTON, MI | 200,000.00 | 3,000.00 | | 3,000.00 | FA |
| 2. 30031 WOODHOUSE DR., WARREN, MI (30% OF $50,000) | 16,665.00 | 10,000.00 | | 20,009.07 | FA |
| 3. BANK OF AMERICA CHECKING ACCOUNT | 100.00 | 0.00 | | 0.00 | FA |
| 4. MISCELLANEOUS HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. MISCELLANEOUS CLOTHING | 250.00 | 0.00 | | 0.00 | FA |
| 6. MISCELLANEOUS JEWELRY | 300.00 | 0.00 | | 0.00 | FA |
| 7. TERM LIFE INSURANCE POLICY ($500,000 FACE VALUE/$0 | 0.00 | 0.00 | | 0.00 | FA |
| 8. TERM LIFE INSURANCE POLICY ($200,000 FACE VALUE/$0 | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401(K) | 5,212.00 | 0.00 | | 0.00 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $225,527.00      $13,000.00      $23,009.07      $0.00

(Total Dollar Amount
in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/13      Current Projected Date of Final Report (TFR): 06/30/13

/s/     BASIL T. SIMON, TRUSTEE

_____ Date: 09/10/13

     BASIL T. SIMON, TRUSTEE

     SIMON, STELLA & ZINGAS, P.C.

     645 GRISWOLD

     SUITE 3466

     DETROIT, MI 48226-4216

     Phone: (313) 962-6400

     Email: bsimon@sszpc.com

     Bar Number: P26340

# T
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit B**

| | |
|---|---|
| Case No: | 09-75473 -PJS |
| Case Name: | PARA, ALLAN P. |
| | PARA, ROBIN L. |
| Taxpayer ID No: | *******5805 |
| For Period Ending: | 09/10/13 |

| | |
|---|---|
| Trustee Name: | BASIL T. SIMON, TRUSTEE |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0148 Checking |
| Blanket Bond (per case limit): | $ 2,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| Ct 01/18/13 | | Trsf In From CAPITAL ONE | INITIAL WIRE TRANSFER IN | 9999-000 | 23,009.07 | | 23,009.07 |
| C 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 11.88 | 22,997.19 |
| C 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 30.88 | 22,966.31 |
| C 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 34.15 | 22,932.16 |
| C 04/30/13 | | Bank of Kansas City | BANK SERVICE | 2600-000 | | 33.00 | 22,899.16 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account | | |
|---|---|---|
| *******0148 | Balance Forward | 0.00 |
| 0 | Deposits | 0.00 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | $ 0.00 |
| 0 | Adjustments In | 0.00 |
| 1 | Transfers In | 23,009.07 |
| | Total | $ 23,009.07 |

| | | |
|---|---|---|
| 0 | Checks | 0.00 |
| 4 | Adjustments Out | 109.91 |
| 0 | Transfers Out | 0.00 |
| | Total | $ 109.91 |

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit B**

| | |
|---|---|
| Case No: | 09-75473 -PJS |
| Case Name: | PARA, ALLAN P. |
| | PARA, ROBIN L. |
| Taxpayer ID No: | *******5805 |
| For Period Ending: | 09/10/13 |

| | |
|---|---|
| Trustee Name: | BASIL T. SIMON, TRUSTEE |
| Bank Name: | CAPITAL ONE |
| Account Number / CD #: | *******8865  Checking |
| Blanket Bond (per case limit): | $ 2,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  07/05/12 | 2 | ROBIN & ALLAN PARA | NET PROCEEDS FROM SALE P/O 06/15/12 | 1110-000 | 20,009.07 | | 20,009.07 |
| C  10/09/12 | 1 | REBECCA RAY | PROCEEDS FROM SALE P/O 09/11/12 | 1110-000 | 3,000.00 | | 23,009.07 |
| Ct 01/18/13 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 23,009.07 | 0.00 |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

| Account | | | | | | |
|---|---|---|---|---|---|---|
| *******8865 | | Balance Forward | 0.00 | | | |
| | 2 | Deposits | 23,009.07 | 0 | Checks | 0.00 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 23,009.07 |
| | | Subtotal | $  23,009.07 | | | |
| | | | | | Total | $  23,009.07 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $  23,009.07 | | | |

**Report Totals**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 2 | Deposits | 23,009.07 | 0 | Checks | 0.00 |
| | 0 | Interest Postings | 0.00 | 4 | Adjustments Out | 109.91 |
| | | | | 1 | Transfers Out | 23,009.07 |
| | | Subtotal | $  23,009.07 | | | |
| | | | | | Total | $  23,118.98 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 23,009.07 | | | |
| | | Total | $  46,018.14 | | Net Total Balance | $  22,899.16 |

EXHIBIT C
SUMMARY OF ALL CLAIMS

Date: September 10, 2013

Case Number: 09-75473
Debtor Name: PARA, ALLAN P.
Claims Bar Date: 10/03/12

Claim Number Sequence

Joint Debtor: PARA, ROBIN L.

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 3110-00 | SIMON, STELLA & ZINGAS PC 645 GRISWOLD SUITE 3466 DETROIT, MI 48226 | Administrative ATTORNEY FOR TRUSTEE FEE | | $0.00 | $1,960.00 | $1,960.00 |
| 001 3120-00 | SIMON, STELLA & ZINGAS PC 645 GRISWOLD SUITE 3466 DETROIT, MI 48226 | Administrative ATTORNEY FOR TRUSTEE EXP. | | $0.00 | $51.80 | $51.80 |
| 000001 070 7100-00 | HENRY FORD MACOMB C/O MMCC XXX4205 6324 TAYLOR DR. FLINT, MI 48507 | Unsecured | Filed 12/04/09 | $0.00 | $991.15 | $991.15 |
| 000002 050 4110-00 | FORD MOTOR CREDIT COMPANY LLC DEPT 55953 P O BOX 55000 DETROIT MI 48255-0953 | Secured ALLOWED AS $0.00. SAID CLAIM RELATES TO PROPERTY NOT ADMINISTERED BY THE TRUSTEE, IN RE: PADGET. | Filed 12/08/09 | $0.00 | $7,139.16 | $0.00 |
| 000003 070 7100-00 | MONEY RECOVERY NATIONWIDE 801 S. WAVERLY ROAD SUITE 100 LANSING, MI 48917 | Unsecured DISALLOWED P/O 05/13/13 | Filed 12/17/09 | $0.00 | $879.00 | $0.00 |
| 000004 070 7100-00 | CHASE BANK USA NA PO BOX 15145 WILMINGTON, DE 19850-5145 | Unsecured | Filed 12/28/09 | $10,209.00 | $10,731.20 | $10,731.20 |
| 000005 070 7100-00 | U.S. DEPARTMENT OF EDUCATION DIRECT LOAN SERVICING CENTER P.O. BOX 5609 GREENVILLE, TX 75403-5609 | Unsecured DIALLOWED P/O 08/30/13 | Filed 01/07/10 | $5,896.81 | $5,532.34 | $0.00 |
| 000006 050 4110-00 | BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. BANKRUPTCY DEPARTMENT 7105 CORPORATE DRIVE MAIL STOP PTX-C-35 PLANO, TX 75024 | Secured ALLOWED AS $0.00. SAID CLAIM RELATES TO PROPERTY NOT ADMINISTERED BY THE TRUSTEE, IN RE: PADGET. | Filed 01/11/10 | $0.00 | $46,209.01 | $0.00 |
| 000007 070 7100-00 | PORTFOLIO RECOVERY ASSOCIATES, LLC. P.O. BOX 41067 NORFOLK, VA 23541 | Unsecured DISALLOWED P/O 05/13/13 | Filed 01/13/10 | $0.00 | $3,043.61 | $0.00 |
| 000008 050 4110-00 | BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. | Secured ALLOWED AS $0.00. SAID CLAIM RELATES TO PROPERTY NOT ADMINISTERED BY THE TRUSTEE, IN RE: PADGET. | Filed 01/13/10 | $0.00 | $240,074.30 | $0.00 |

EXHIBIT C
SUMMARY OF ALL CLAIMS

Date: September 10, 2013

| Case Number: | 09-75473 | | | Claim Number Sequence | | | |
| Debtor Name: | PARA, ALLAN P. | | | | | | |
| Claims Bar Date: 10/03/12 | | | | Joint Debtor: PARA, ROBIN L. | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | BANKRUPTCY DEPARTMENT<br>7105 CORPORATE DRIVE<br>MAIL STOP PTX-C-35<br>PLANO, TX 75024 | | | | | |
| 000009<br>070<br>7100-00 | CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP<br>AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | Filed 01/22/10<br>DISALLOWED P/O 05/13/13 | $0.00 | $11,953.73 | $0.00 |
| 000010<br>070<br>7100-00 | MIDWESTERN AUDIT SERVICES<br>P.O. BOX 725129<br>BERKLEY, MI 48072 | Unsecured | Filed 03/08/10<br>DISALLOWED P/O 05/13/13 | $0.00 | $37.80 | $0.00 |
| 000011<br>070<br>7100-00 | HSBC BANK NEVADA, N.A.<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL RD, SUITE 200<br>TUCSON, AZ 85712 | Unsecured | Filed 03/10/10 | $0.00 | $4,314.96 | $4,314.96 |
| 000012<br>070<br>7100-00 | PORTFOLIO RECOVERY<br>ASSOCIATES, LLC<br>POB 41067<br>NORFOLK, VA 23541 | Unsecured | Filed 04/07/10<br>DISALLOWED P/O 05/13/13 | $0.00 | $7,017.63 | $0.00 |
| 000013<br>070<br>7100-00 | BMW BANK OF NORTH AMERICA<br>PO BOX 23356<br>PITTSBURGH, PA 15222 | Unsecured | Filed 08/08/12<br>DISALLOWED P/O 05/13/13 | $0.00 | $14,800.77 | $0.00 |
| | Case Totals: | | | $16,105.81 | $354,736.46 | $18,049.11 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 09-75473
Case Name: PARA, ALLAN P.
       PARA, ROBIN L.
Trustee Name: BASIL T. SIMON, TRUSTEE

Balance on hand                     $        22,899.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | FORD MOTOR CREDIT COMPANY LLC | $ 7,139.16 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | BAC HOME LOANS SERVICING, L.P. FKA | $ 46,209.01 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008 | BAC HOME LOANS SERVICING, L.P. FKA | $ 240,074.30 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors      $_____ 0.00

Remaining Balance                   $_____ 22,899.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BASIL T. SIMON, TRUSTEE | $ 2,881.78 | $ 0.00 | $ 2,881.78 |
| Trustee Expenses: BASIL T. SIMON, TRUSTEE | $ 75.00 | $ 0.00 | $ 75.00 |
| Attorney for Trustee Fees: SIMON, STELLA & ZINGAS PC | $ 1,960.00 | $ 0.00 | $ 1,960.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: SIMON, STELLA & ZINGAS PC | $ 51.80 | $ 0.00 | $ 51.80 |

Total to be paid for chapter 7 administrative expenses      $_____4,968.58

Remaining Balance      $_____17,930.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,037.31 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | HENRY FORD MACOMB C/O MMCC XXX4205 | $ 991.15 | $ 0.00 | $ 991.15 |
| 000004 | CHASE BANK USA NA | $ 10,731.20 | $ 0.00 | $ 10,731.20 |
| 000005 | U.S. DEPARTMENT OF EDUCATION | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | HSBC BANK NEVADA, N.A. | $ 4,314.96 | $ 0.00 | $ 4,314.96 |

Total to be paid to timely general unsecured creditors     $ _____ 16,037.31

Remaining Balance     $ _____ 1,893.27

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 201.97 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is
$ 1,691.30 .